# CERTIFICATION OF NAMED PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

The State Board of Administration of Florida through Chris Spencer, Executive Director, (Plaintiff) declares, as to the claims asserted under federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized Boyden Gray PLLC, Lawson Huck Gonzalez, PLLC, and America First Legal Foundation to advance the State Board of Administration of Florida as a potential lead plaintiff in this action.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the security that is the subject of this action during the class period (March 9, 2022 through August 16, 2023) are as follows:

    *See Attachment A*

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve as a representative party on behalf of any class actions.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond the plaintiff's pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and corrected. Executed this ___Feb. 20___, 2025.

                          State Board of Administration of Florida

                          By: _____

                               Chris Spencer, Executive Director

Florida SBA Transaction History During the Class Period

| Date of Transaction | Purchase or Sale | Number of Shares | Base Price (Excluding Commisions & Fees) | Amount (Excluding Commissions & Fees) |
|---|---|---:|---:|---:|
| 4/28/2022 | Purchase | 349.00 | $ 235.03 | $ 82,023.93 |
| 5/19/2022 | Purchase | 18,700.00 | $ 154.01 | $ 2,880,001.96 |
| 6/21/2022 | Purchase | 100.00 | $ 144.43 | $ 14,443.00 |
| 7/20/2022 | Purchase | 2,327.00 | $ 155.75 | $ 362,426.06 |
| 7/21/2022 | Purchase | 948.00 | $ 157.41 | $ 149,226.20 |
| 9/19/2022 | Purchase | 243.00 | $ 163.54 | $ 39,739.83 |
| 9/20/2022 | Purchase | 57.00 | $ 160.48 | $ 9,147.16 |
| 10/28/2022 | Purchase | 40.00 | $ 165.92 | $ 6,636.80 |
| 11/1/2022 | Purchase | 50.00 | $ 163.52 | $ 8,176.00 |
| 11/3/2022 | Purchase | 300.00 | $ 159.88 | $ 47,963.67 |
| 5/22/2023 | Purchase | 20.00 | $ 151.29 | $ 3,025.70 |
| 6/23/2023 | Purchase | 90.00 | $ 131.82 | $ 11,864.22 |
| 6/28/2023 | Purchase | 100.00 | $ 133.23 | $ 13,322.60 |
| 7/12/2023 | Purchase | 17.00 | $ 133.83 | $ 2,275.15 |
| 7/13/2023 | Purchase | 150.00 | $ 133.51 | $ 20,027.07 |
| | | | | |
| 6/16/2022 | Sale | 349.00 | $ 143.02 | $ 49,914.85 |
| 7/14/2022 | Sale | 18,700.00 | $ 145.62 | $ 2,723,067.80 |
| 8/24/2022 | Sale | 100.00 | $ 163.13 | $ 16,313.00 |
| 11/16/2022 | Sale | 40.00 | $ 155.47 | $ 6,218.80 |
| 11/16/2022 | Sale | 50.00 | $ 155.47 | $ 7,773.50 |
| 12/16/2022 | Sale | 243.00 | $ 146.45 | $ 35,587.35 |
| 12/16/2022 | Sale | 57.00 | $ 146.45 | $ 8,347.65 |
| 12/16/2022 | Sale | 300.00 | $ 146.45 | $ 43,935.00 |
| 6/14/2023 | Sale | 20.00 | $ 132.91 | $ 2,658.20 |
| 7/17/2023 | Sale | 1,450.00 | $ 129.96 | $ 188,436.20 |
| 7/18/2023 | Sale | 102.00 | $ 130.53 | $ 13,314.06 |
| 7/19/2023 | Sale | 728.00 | $ 131.86 | $ 95,990.66 |
| 7/20/2023 | Sale | 261.00 | $ 134.78 | $ 35,176.59 |
| 7/21/2023 | Sale | 359.00 | $ 134.89 | $ 48,425.37 |