# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

STATE BOARD OF ADMINISTRATION OF FLORIDA,

    *Plaintiff*,

v.

TARGET CORPORATION, BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, MELANIE L. HEALEY, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, AND DMITRI L. STOCKTON,

    *Defendants*.

Case No. 2:25-CV-00135

## STATE BOARD OF ADMINISTRATION OF FLORIDA'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒ No.

    ☐ Yes, and

        ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☐ The filer has no parent corporation.

        ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☒ No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☐ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☐ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☐ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

      ☐    No.

      ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.    Has the filer identified any corporation?

      ☐    No.

      ☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f.    Has the filer identified any natural person?

      ☐    No.

      ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

      ☐    No.

      ☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:
- a. State Board of Administration of Florida
- b. Target Corporation
- c. Brian C. Cornell
- d. David P. Abney
- e. Douglas M. Baker, Jr.
- f. George S. Barrett
- g. Gail K. Boudreaux
- h. Robert L. Edwards

3

      i. Melanie L. Healey
      j. Donald R. Knauss
      k. Christine A. Leahy
      l. Monica C. Lozano
      m. Grace Puma
      n. Derica W. Rice
      o. Dmitri L. Stockton
      p. Jason B. Gonzalez
      q. Paul C. Huck, Jr
      r. Samuel J. Salario
      s. Lawson Huck Gonzalez, PLLC
      t. Jonathan Berry
      u. Andrew Smith
      v. Boyden Gray PLLC
      w. Reed D. Rubinstein
      x. Andrew J. Block
      y. America First Legal Foundation
      z. James Uthmeier

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒    No.

    ☐    Yes, and this is the entity: [].

5. Is this a bankruptcy action?

&boxtimes; No.

☐ Yes, and the debtor is [].

☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

&boxtimes; No.

☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

&boxtimes; No.

☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

&boxtimes; Yes.

Dated: February 21, 2025                     Respectfully submitted,

/s/ Jonathan Berry

JAMES UTHMEIER (FBN: 113156)          JONATHAN BERRY (*pro hac vice forthcoming*)
Attorney General                              LEAD COUNSEL
State of Florida                         ANDREW W. SMITH (*pro hac vice forthcoming)*
Office of the Attorney General           Boyden Gray PLLC
The Capitol, Pl-01                       800 Connecticut Ave NW, No. 900
Tallahassee, Florida 32399-1050          Washington, DC 20006
(850) 414-3300                           (202) 955-0620
                                         jberry@boydengray.com

| | |
|---|---|
| PAUL C. HUCK, JR. (FBN: 968358)<br>SAMUEL J. SALARIO, JR. (FBN: 083460)<br>JASON B. GONZALEZ (FBN: 146854)<br>Lawson Huck Gonzalez, PLLC<br>215 S. Monroe Street, Suite 320<br>Tallahassee, Florida 32301<br>(850) 825-4334<br>jason@lawsonhuckgonzalez.com | REED D. RUBINSTEIN (*pro hac vice forthcoming*)<br>ANDREW J. BLOCK (*pro hac vice forthcoming*)<br>America First Legal Foundation<br>611 Pennsylvania Avenue S.E.<br>No. 231<br>Washington, DC 20003<br>(202) 964-3721<br>reed.rubinstein@aflegal.org |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

/s/ Jonathan Berry
JONATHAN BERRY