# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

| | |
|---|---|
| STATE BOARD OF ADMINISTRATION OF FLORIDA, <br><br> *Plaintiff,* <br><br> v. <br><br> TARGET CORPORATION, BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, MELANIE L. HEALEY, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, AND DMITRI L. STOCKTON, <br><br> *Defendants.* | No. 2:25-cv-135-SPC-NPM |

## **NOTICE OF RELATED ACTIONS**

In accord with Local Rule 1.07(c), Plaintiff State Board of Administration of Florida gives notice of the following actions, pending in this Court that are all assigned to the Honorable John L. Badalamenti and the Honorable Kyle Dudek, that are related to this action:

1. *Craig, et al. v. Target Corp., et al.*, Case No. 2:23-cv-00599-JLB-KCD;

2. *McCollum, etc. v. Cornell, et al.*, Case No. 2:25-cv-00021-JLB-KCD; and

3. *City of Riviera Beach Police Pension Fund v. Target Corp.*, Case No. 2:25-cv-00085-JLB-KCD.

Dated: February 21, 2025                    Respectfully submitted,

/s/ Jonathan Berry

| | |
|---|---|
| JAMES UTHMEIER (FBN: 113156) | JONATHAN BERRY (*pro hac vice forthcoming*) |
| Attorney General |    LEAD COUNSEL |
| State of Florida | ANDREW W. SMITH (*pro hac vice forthcoming*) |
| Office of the Attorney General | Boyden Gray PLLC |
| The Capitol, Pl-01 | 800 Connecticut Ave NW, No. 900 |
| Tallahassee, Florida 32399-1050 | Washington, DC 20006 |
| (850) 414-3300 | (202) 955-0620 |
| | jberry@boydengray.com |
| PAUL C. HUCK, JR. (FBN: 968358) | REED D. RUBINSTEIN (*pro hac vice forthcoming*) |
| SAMUEL J. SALARIO, JR. (FBN: 083460) | ANDREW J. BLOCK (*pro hac vice forthcoming*) |
| JASON B. GONZALEZ (FBN: 146854) | America First Legal Foundation |
| Lawson Huck Gonzalez, PLLC | 611 Pennsylvania Avenue S.E. |
| 215 S. Monroe Street, Suite 320 | No. 231 |
| Tallahassee, Florida 32301 | Washington, DC 20003 |
| (850) 825-4334 | (202) 964-3721 |
| jason@lawsonhuckgonzalez.com | reed.rubinstein@aflegal.org |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 21, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

                                                      /s/ Jonathan Berry
                                                      JONATHAN BERRY