United States District Court
Middle District of Florida
Ft. Myers Division

**STATE BOARD OF ADMINISTRATION OF FLORIDA,**

    *Plaintiff,*

v.                                              **NO. 2:25-CV-00135**

**TARGET CORPORATION, ET. AL.,**

    *Defendants.*

---

## Unopposed Motion for Special Admission

Pursuant to Local Rule 2.01(c), Andrew W. Smith, Esquire, moves for special admission to represent plaintiff State Board of Administration of Florida in this action. In support of this motion, the undersigned states:

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the District of North Dakota.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

- *Craig v. Target*, 2:23-cv-599

1

- *Kristofersdottir v. CVS Health Corp.,* 9:24-cv-80057-RLR (S.D. Fla.)

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Andrew W. Smith

## Local Rule 3.01(g) Certification

Counsel for plaintiff has conferred with counsel for defendants who do not oppose this motion.

Dated: March 6, 2025                              Respectfully Submitted,

                                                  /s/ Jason Gonzalez

JAMES UTHMEIER (FBN: 113156)                      JONATHAN BERRY
Attorney General                                  (*pro hac vice forthcoming*)
State of Florida                                  LEAD COUNSEL
Office of the Attorney General                    ANDREW W. SMITH
The Capitol, Pl-01                                (*pro hac vice forthcoming*)
Tallahassee, Florida 32399-1050                   Boyden Gray PLLC
(850) 414-3300                                    800 Connecticut Ave NW, No. 900
                                                  Washington, DC 20006
PAUL C. HUCK, JR. (FBN: 968358)                   (202) 955-0620
Lawson Huck Gonzalez, PLLC                        jberry@boydengray.com
334 Minorca Ave.
Coral Gables, FL 33134                            ANDREW J. BLOCK
paul@lawsonhuckgonzalez.com                       (*pro hac vice forthcoming*)
                                                  America First Legal Foundation
SAMUEL J. SALARIO, JR. (FBN: 083460)              611 Pennsylvania Avenue S.E.
Lawson Huck Gonzalez, PLLC                        No. 231
1700 South MacDill Avenue                         Washington, DC 20003
Suite 240                                         (202) 964-3721
Tampa, FL 33629
samuel@lawsonhuckgonzalez.com

JASON B. GONZALEZ (FBN: 146854)
Lawson Huck Gonzalez, PLLC
215 S. Monroe Street, Suite 320
Tallahassee, Florida 32301
(850) 825-4334
jason@lawsonhuckgonzalez.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 6, 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

*/s/ Jason Gonzalez*
JASON GONZALEZ
