UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STATE BOARD OF ADMINISTRATION OF FLORIDA,

   *Plaintiff*,

v.                                                                                    No. 2:25-cv-00135-JLB-KCD

TARGET CORPORATION, *et al.*,

   *Defendants.*

---

### NOTICE OF MOTION FOR CONSOLIDATION

Under Local Rule 1.07(b), a party seeking consolidation "must file the motion in one action and a notice and a copy of the motion in the other action." In *Riviera Beach v. Target Corp.*, 2:25-cv-00085 (M.D. Fla.), the State Board of Administration of Florida has filed a motion seeking consolidation with this action. *See* Attachment A.

Dated: April 1, 2025                                                          Respectfully submitted,

| | |
|---|---|
| JAMES UTHMEIER (FBN: 113156)<br>Attorney General<br>State of Florida<br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-330 | /s/ Jonathan Berry<br>JONATHAN BERRY (*pro hac vice*)<br>LEAD COUNSEL<br>ANDREW W. SMITH (*pro hac vice*)<br>Boyden Gray PLLC<br>800 Connecticut Avenue NW<br>Suite 900<br>Washington, DC 20006<br>(202) 955-0620<br>jberry@boydengray.com |
| PAUL C. HUCK, JR. (FBN: 968358)<br>SAMUEL J. SALARIO, JR. (FBN: 083460)<br>JASON B. GONZALEZ (FBN: 146854)<br>Lawson Huck Gonzalez, PLLC<br>215 S. Monroe Street, Suite 320<br>Tallahassee, FL 32301<br>(850) 825-4334<br>jason@lawsonhuckgonzalez.com | ANDREW J. BLOCK (*pro hac vice*)<br>America First Legal Foundation<br>611 Pennsylvania Avenue S.E.<br>No. 231<br>Washington, D.C. 20003<br>(202) 964-3721<br>andrew.block@aflegal.org |

*Counsel for State Board of Administration of Florida*