IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| CITY OF RIVIERA BEACH POLICE PENSION FUND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TARGET CORPORATION, BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, MELANIE L. HEALEY, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, and DIMITRI L. STOCKTON,<br><br>*Defendants*. | No.: 2:25-cv-00085-JLB-KCD<br><br>**OHIO STRS'S REQUEST FOR ORAL ARGUMENT ON COMPETING MOTIONS FOR LEAD PLAINTIFF AND LEAD COUNSEL APPOINTMENT**<br><br><u>CLASS ACTION</u> |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| STATE BOARD OF ADMINISTRATION OF FLORIDA,<br><br>*Plaintiff*,<br><br>v.<br><br>TARGET CORPORATION, BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, MELANIE L. HEALEY, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, and DIMITRI L. STOCKTON,<br><br>*Defendants*. | No.: 2:25-cv-00135-JLB-KCD<br><br><u>CLASS ACTION</u> |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 3.01(h), State Teachers Retirement System of Ohio ("Ohio STRS"), by and through its undersigned counsel, respectfully requests oral argument on its Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (ECF No. 42), and on the State Board of Administration of Florida's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Counsel (ECF No. 41). Ohio STRS respectfully submits that oral argument on these motions would be helpful to the Court and requests that the Court allot sixty (60) minutes for such argument.

## CONCLUSION

For the foregoing reasons, Ohio STRS respectfully requests a total of sixty (60) minutes for oral argument on the competing motions for lead plaintiff and lead counsel appointment in this case.

Respectfully submitted,

Date:  April 16, 2025

By /s/ *Joshua E. Dubin*
**JOSH DUBIN, P.A.**
Joshua E. Dubin
201 South Biscayne Blvd., Ste. 1210
Miami, Florida 33131
Telephone: (212) 219-1469
josh @jdubinlaw.com

**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer (admitted *pro hac vice*)
Caitlin M. Moyna (admitted *pro hac vice*)

1

Vincent J. Pontrello (admitted *pro hac vice*)
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
jeisenhofer@gelaw.com
cmoyna@gelaw.com
vpontrello@gelaw.com

*Counsel for Plaintiff and Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

By: <u>/s/ <i>Joshua E. Dubin</i></u><br>
Joshua E. Dubin