IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:25-cv-135-JLB-KCD

STATE BOARD OF ADMINISTRATION OF FLORIDA,

*Plaintiff*,

v.

TARGET CORPORATION, *et al.*,

*Defendants.*

### MOTION TO WITHDRAW ANDREW SMITH AS COUNSEL

Plaintiff's counsel Andrew W. Smith respectfully moves to withdraw as counsel in this case because he will be leaving his employment with Boyden Gray PLLC. Plaintiff will continue to be represented by Jonathan Berry of Boyden Gray PLLC, by Andrew J. Block of America First Legal Foundation, by Jason B. Gonzalez, Paul C. Huck, Jr., and Samuel J. Salario of Lawson Huck Gonzalez, PLLC, and by James Uthmeier, the Attorney General of Florida.

June 12, 2025                                       Respectfully submitted,

JAMES UTHMEIER (FBN: 113156)            */s/ ANDREW W. SMITH*
Attorney General                                    JONATHAN BERRY (*pro hac vice*)
State of Florida                                    ANDREW W. SMITH (*pro hac vice*)
Office of the Attorney General                      Boyden Gray PLLC
The Capitol, Pl-01                                  800 Connecticut Avenue NW
Tallahassee, Florida 32399-1050                     Washington, DC 20006
(850) 414-330                                       (202) 955-0620
                                                    jberry@boydengray.com

<div style="display:flex">
<div>

JASON B. GONZALEZ (FBN: 146854)
PAUL C. HUCK, JR. (FBN: 968358)
SAMUEL J. SALARIO, JR. (FBN: 083460)
Lawson Huck Gonzalez, PLLC
215 S. Monroe Street, Suite 320
Tallahassee, FL 32301
(850) 825-4334
jason@lawsonhuckgonzalez.com

</div>
<div>

ANDREW J. BLOCK (*pro hac vice*)
America First Legal Foundation
611 Pennsylvania Avenue S.E.
No. 231
Washington, D.C. 20003
(202) 964-3721
andrew.block@aflegal.org

</div>
</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will serve all parties automatically.

June 12, 2025                            */s/Andrew W. Smith*
                                          Andrew W. Smith

## **LOCAL RULE 2.02(c)(1)(B) CERTIFICATION**

I certify that Plaintiffs consent to this withdrawal.

June 12, 2025                            */s/Andrew W. Smith*
                                          Andrew W. Smith

## **LOCAL RULE 3.01(g) CERTIFICATION**

I certify that, on June 11, 2025, I conferred with Defendants' counsel to discuss this motion. Defendants stated that they do not oppose this relief.

June 12, 2025                            */s/Andrew W. Smith*
                                          Andrew W. Smith