AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

In re Target Corp. Securities Class Action Litigation )
*Plaintiff* )
v. ) Case No. 2:25-cv-00135-JLB-KCD
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State Board of Administration of Florida .

Date: 07/31/2025

/s/ R. Trent McCotter
*Attorney's signature*

R. Trent McCotter (DC1011329, PHV'ed)
*Printed name and bar number*
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006

*Address*

tmccotter@boydengray.com
*E-mail address*

(202) 706-5488
*Telephone number*

*FAX number*