# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| In re Target Corp. Securities Class Action Litigation | No. 2:25-cv-00135-JLB-KCD |

## NOTICE OF LEAD COUNSEL RE-DESIGNATION

Plaintiffs State Board of Administration of Florida, Steven Cook, Carol Bowe, Inspire Advisors, LLC, Laura Thompson, and Brian Craig hereby re-designate the undersigned attorney, R. Trent McCotter, as lead counsel.

Dated: July 31, 2025                                    Respectfully submitted,

|   |   |
|---|---|
| | /s/ R. Trent McCotter |
| JAMES UTHMEIER (FBN: 113156) | R. TRENT MCCOTTER (*pro hac vice*) |
| Attorney General |    LEAD COUNSEL |
| State of Florida | JONATHAN BERRY |
| Office of the Attorney General | Boyden Gray PLLC |
| The Capitol, Pl-01 | 800 Connecticut Avenue NW |
| Tallahassee, Florida 32399-1050 | Suite 900 |
| (850) 414-330 | Washington, DC 20006 |
| | (202) 706-5488 |
| | tmccotter@boydengray.com |
| JASON B. GONZALEZ (FBN: 146854) | |
| PAUL C. HUCK, JR. (FBN: 968358) | ANDREW J. BLOCK (*pro hac vice*) |
| SAMUEL J. SALARIO, JR. (FBN: 083460) | America First Legal Foundation |
| Lawson Huck Gonzalez, PLLC | 611 Pennsylvania Avenue S.E. |
| 215 S. Monroe Street, Suite 320 | No. 231 |
| Tallahassee, FL 32301 | Washington, D.C. 20003 |
| (850) 825-4334 | (202) 964-3721 |
| jason@lawsonhuckgonzalez.com | andrew.block@aflegal.org |

*Counsel for Plaintiffs State Board of Administration of Florida, Steven Cook, Carol Bowe, Inspire Advisors, LLC, Laura Thompson, and Brian Craig*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 31, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide service to all parties who have registered with CM/ECF and filed an appearance in this action.

/s/ R. Trent McCotter
R. Trent McCotter (*pro hac vice*)
Boyden Gray PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com