**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | |
|---|---|
| *In re Target Corp. Securities Class Action Litigation* | Case No. 2:25-cv-00135-JLB-KCD |
| *In re Target Corp. Shareholder Derivative Litigation* | Case No. 2:25-cv-00021-JLB-KCD |

## NOTICE OF RELATED ACTIONS

I certify that the above-captioned cases are factually related to the following case:

*Ranacis v. Cornell, et al.*, No. 0:25-cv-02743-NEB-SGE (D. Minn.)

Dated: August 1, 2025                    Respectfully submitted,

 

                                          /s/ Sandra C. Goldstein

Traci T. McKee                      Sandra C. Goldstein, P.C. (*pro hac vice*)
**FAEGRE DRINKER BIDDLE &**        *Lead Counsel*
**REATH LLP**                     Alexander J. Rodney (*pro hac vice*)
1500 Jackson Street, Suite 201      Jacob M. Rae (*pro hac vice*)
Fort Myers, Florida 33901           Ashley P. Grolig (*pro hac vice*)
Telephone:  (239) 286-6910        **KIRKLAND & ELLIS LLP**
traci.mckee@faegredrinker.com    601 Lexington Avenue
                                   New York, NY 10022
Jeffrey P. Justman (*pro hac vice*)   Telephone:  (212) 446-4779
**FAEGRE DRINKER BIDDLE &**     sandra.goldstein@kirkland.com
**REATH LLP**                     alexander.rodney@kirkland.com
2200 Wells Fargo Center         jacob.rae@kirkland.com
90 South 7th Street                ashley.grolig@kirkland.com
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000
jeff.justman@faegredrinker.com     ***Counsel for Defendants***

Sandra Grannum (*pro hac vice*)
**FAEGRE DRINKER BIDDLE &**
**REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
Telephone:  (973) 549-7000
sandra.grannum@faegredrinker.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 1, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ Sandra C. Goldstein
Sandra C. Goldstein, P.C. (*pro hac vice*)
  *Lead Counsel*
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 1022
Tel: 212-446-4800
Fax: 212-446-4900
sandra.goldstein@kirkland.com

*Counsel for Defendants*