IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| *In re Target Corp. Securities Class Action Litigation* | Case No. 2:25-cv-00135-JLB-KCD |
| *In re Target Corp. Shareholder Derivative Litigation* | Case No. 2:25-cv-00021-JLB-KCD |

**DECLARATION OF ERIN RATH MOOS**
**IN SUPPORT OF TARGET'S OMNIBUS MOTION TO TRANSFER**

I, ERIN RATH MOOS, declare as follows:

1. I am the Vice President of Reputation Strategy and Intelligence at Target Corporation ("Target" or the "Company"). I make this declaration in support of Defendants' motion to transfer this action to the District of Minnesota. The facts set forth below are based on my personal knowledge and my review of Target's records from 2021 to 2024 created and maintained by Target in the ordinary course of business. I am knowledgeable about the matters discussed in this declaration and can testify competently to them.

## Background

2. **Education.** I received my bachelor's degree in political science and government from Dartmouth College in 1998. In 2002, I received a master's degree in public policy from Georgetown University, and from 2015 to 2016, I was a Policy Fellow at the University of Minnesota, Humphrey School of Public Affairs.

3. **Work History.** Prior to working at Target, I held several positions in government and policy. From 1998 to 2007, I was the Communications and Appropriations Director for U.S. Senator Judd Gregg, a Republican senator from New Hampshire. In 2007, I moved to Minnesota, where I became Deputy Campaign Manager for U.S. Senator Norm Coleman, a Republican senator from Minnesota. Following that, I was the Manager of School Relations at the University of Minnesota, Carlson School of Management in Minneapolis from 2009 to 2010.

4. I first started working at Target in April 2010, when I joined as a manager of Reputation Management and Communications. In 2013, I became the Group Manager in the Reputation Management and Communications group, and in November 2014, I was promoted to Senior Group Manager of Strategic Risk, Insights and Risk Escalation.

5. In 2016, I became a Senior Director—first of Enterprise Risk, Strategic Risk, Crisis Management, and Insights and Intelligence, and then later in 2018 of Reputation Management. In May 2021 I was promoted to Vice President of Enterprise Risk and Reputation, and in May 2025, I became the Vice President of Reputation Strategy and Intelligence, the title I hold to this day. All my roles at Target have been based in Target's headquarters in Minnesota.

**My Role as VP of Enterprise Risk & Reputation Was Based in Minnesota**

6. As the Vice President of Enterprise Risk and Reputation, I led Target's oversight of social and reputational risks, response to reputational incidents, and crisis management. Since at least 2016, Target's risk oversight has included oversight of risks to Target's reputation related to social and political issues. Those risks include the possibility that actions Target takes (or doesn't take) could disappoint or fail to meet the expectations of Target's customers, shareholders, or other stakeholders.

7. In overseeing those risks, Target considers varied and diverse perspectives of Target's customers, shareholders, and other stakeholders on social and political issues, which encompasses conservative and liberal perspectives, among many others. The individuals who oversee social and political risk at Target, likewise, hold varied social

2

and political views. For example, I identify as a Republican, while others on my team identify as Democrats, Independents, or may hold other political affiliations.

8. I currently reside in Minnesota and work at Target's corporate headquarters, which is located in Minneapolis. I have been located in Minneapolis since I started working at Target.

### Target Has a Multi-Layered and Cross-Functional Reputational Risk Management Program Based in Minnesota

9. **The Enterprise Risk Management Program**. Target is subject to many risks every day. Enterprise risks are the top internal and external threats the Company faces. Since at least 2016, the Company has managed enterprise risk through its Enterprise Risk Management ("ERM") Program. The ERM Program identifies and categorizes enterprise risks and allocates oversight of those risks to senior executives and their teams based on their relationship to the risk at issue. Oversight of those risks includes analyzing, predicting, and monitoring risks. As I explain further below, the ERM Program also escalates risks upwards to subject matter groups and senior leadership teams as appropriate. Since its inception, the ERM Program and the teams to which it allocates reputational risk oversight have all been based out of Target's headquarters in Minneapolis and frequently meet in person there.

10. **The Reputation Team**. From 2021 until May 2025, I led the Enterprise Risk and Reputation Management Team (the "Reputation Team"), which is responsible for overseeing risks to Target's reputation. These include, among many others, risks related to social and political issues, such as Target's political contributions, public

3

advocacy, and initiatives that related to Environmental, Social, and Governance ("ESG") and Diversity, Equity, and Inclusion ("DEI").

11. Since at least 2021, the Reputation Team has identified potential reputational risk areas from a wide array of social and political perspectives (including those associated with conservative and liberal viewpoints, as well as other perspectives), and helped Target navigate and minimize those risks.

12. Among other things, the Reputation Team has been responsible for identifying, assessing, and managing reputational risks related to Target's holiday, history, and heritage month collections. These collections include merchandise offered annually in celebration of Fourth of July, Halloween, Thanksgiving, Christmas, Hannukah, and Easter, as well as Women's History Month, Black History Month, Asian American and Pacific Islander Heritage Month, Latino Heritage Month, and LGBTQ+ Pride Month. Since at least 2021, the Reputation Team has reviewed holiday, history, and heritage month collections to identify products or messaging that might cause criticism or scrutiny from individuals and organizations across the social and political spectrum. As part of that review, the Reputation Team determines how to manage those risks, including by elevating them to other oversight groups as appropriate. For example, the Reputation Team escalates review of certain collections to the Inclusive Merchandising & Marketing Steering Committee, which I describe further below.

13. From approximately 2017 to 2024, Sarah Bakken (former Director of the Reputation Team) was part of the Reputation Team and reported to me. Since at least

4

2021, Kayla Castañeda (Senior Director, Corporate Affairs & Communications) has provided support to the Reputation Team and has assisted with communications related to Target's risk events. Throughout their employment with Target, both Bakken and Castañeda have worked full time out of Target's headquarters in Minnesota and have lived (and continue to live) in Minnesota.

14. Throughout my entire time at Target, the Reputation Team has been based out of Target's headquarters in Minnesota and its members have frequently met in person there. That remains true today.

15. **The Steering Committee**. The Inclusive Merchandising & Marketing Steering Committee (the "Steering Committee") is comprised of a cross-functional group of senior leaders who review enterprise strategies and merchandising and marketing decisions that may touch on issues of cultural representation. Since its inception in 2020, in addition to me, the members of the Steering Committee have included Jill Sando (Executive Vice President and Chief Merchandising Officer) and Katie Boylan (Chief Corporate Affairs Officer, formerly Chief Communications Officer). Prior to their departures from Target in 2025, the Steering Committee also included Christina Hennington (former Chief Growth Officer)[1] and Mark Schindele (former Chief Stores Officer). Throughout their employment with Target, the members of the Steering Committee, including Sando, Boylan, Hennington, and

---

[1] Hennington is serving as a strategic advisor to Target until September 7, 2025. That role is based out of Target's headquarters in Minnesota.

5

Schindele, have all worked full time out of Target's headquarters in Minnesota and have lived (and continue to live) in Minnesota.

16. Since 2020, I, along with my team, have facilitated all Steering Committee meetings, all of which have been based out of Minnesota. During that time, the Steering Committee has conducted an item-by-item review of all history and heritage month collections, including the Pride Collection, prior to their release to identify products that may cause backlash from individuals across the social and political spectrum. Based on that review, the Steering Committee has made recommendations for the composition of each collection. For example, the recommendations have included removing certain products or limiting their availability to specific channels, such as exclusively through Target's website.

17. Since its inception, the Steering Committee has been based out of Target's headquarters in Minnesota and its members have met in person at Target's headquarters frequently. The Steering Committee continues to be based out of Target's headquarters and continues to meet there in person.

18. **The LT Task Force**. In 2020 Target also established a standing task force of senior executives—the Leadership Team Task Force ("LT Task Force")—that manages Target's overall enterprise risk program. When appropriate, the Reputation Team and Steering Committee raise heightened reputational risk issues to the LT Task Force to make strategic decisions on how best to manage those risks. As I describe further below, the LT Task Force delegates the implementation of its strategic decisions to a cross-functional Execution Team. And the LT Task Force elevates

6

issues to the full set of Target's senior executive officers and the Board of Directors (the "Board"), as needed.

19. Since its inception in 2020, the LT Task Force has been comprised of six core members of the executive leadership team, including Brian Cornell (Chief Executive Officer). As Chief Executive Officer, Cornell has consistently been based out of Target's headquarters in Minnesota. The LT Task Force has also included Boylan, Hennington, and—prior to his retirement in 2025—John Mulligan (former Chief Operating Officer). As noted above, throughout their entire time with Target, both Boylan and Hennington have worked full time out of Target's headquarters in Minnesota and have lived (and continue to live) in Minnesota. Mulligan retired from Target in February 2025, but throughout his entire employment at Target, he worked full time out of Target's headquarters in Minnesota and lived (and continues to live) in Minnesota. When appropriate, other members of the executive leadership team temporarily join the LT Task Force as subject matter experts.

20. I, along with my team, have facilitated all LT Task Force meetings from Minnesota. Since its inception, the LT Task Force has been based out of Target's headquarters in Minnesota and its members have frequently met in person at Target's headquarters.

21. **The Execution Team**. In 2023, Target established the Inclusive Merchandising and Marketing Leader Group, a cross-functional team of senior Target employees who execute on decisions made by the LT Task Force and Steering Committee (the "Execution Team").

22. Since its inception, members of the Execution Team have included Castañeda, Bakken, Mark Krause (VP, Global Corporate Security & Crisis Management) and me. During that whole time, the Execution Team has been based out of Target's headquarters in Minnesota and its members meet in person at Target's headquarters.

23. **The Board and Its Committees**. The Board and its committees oversee Target's management of enterprise risks, including social, political, and reputational risks, and have done so for many years. For example, since its inception in 2016, the Board has overseen the ERM Program. Since 2021, when the Board restructured its committees, the Audit and Risk Committee ("Risk Committee") has been primarily responsible for overseeing the ERM Program. This includes reputational risks and risks that related to Target's ESG and DEI initiatives. Since then, I, along with the other executives responsible for overseeing enterprise risks, have regularly reported to the Risk Committee from Minnesota regarding the risk landscape and Target's management of enterprise risks, including reputational risks and risks that related to Target's ESG and DEI initiatives from across the political spectrum. We continue to do so through the present.

24. As another example, since its creation in 2021, the Governance and Sustainability Committee (the "Governance Committee") has overseen various social and political issues and risks not allocated to other committees, including those that related to Target's ESG and DEI initiatives. Since then, executives who were responsible for overseeing and managing Target's ESG and DEI initiatives have

8

regularly reported to the Governance Committee from Minnesota about Target's efforts to meet diverse and changing expectations of Target's customers, shareholders, and other stakeholders. This has included expectations from conservative and liberal viewpoints.

25. During that time, each of Target's Board committees, including the Risk Committee and the Governance Committee, have regularly reported to the full Board, which oversees all enterprise risks and seeks to ensure Target's leadership has processes in place to appropriately manage them.

26. From 2022 to 2023, the Board and its committees met in person in Minnesota at least 5 times. During that time, they also met virtually and twice in person in other locations, but never in Florida. Teams based in Target's headquarters created and distributed materials for each of those meeting. And virtual meetings were hosted and facilitated from conference rooms in Target's headquarters.

### Target Oversaw Risks of the 2023 Pride Collection from Minnesota Prior to Its Release.

27. For over a decade, Target has released an annual collection of LGBTQ+-themed merchandise to celebrate Pride Month. Target released its 2023 iteration of the annual Pride collection (the "2023 Pride Collection" or the "Collection") online on April 30, 2023, and in stores on May 7, 2023.

28. As with other history and heritage month collections, the Reputation Team coordinated a risk review of the 2023 Pride Collection prior to its release. Bakken and I were responsible for leading the risk oversight efforts and coordinating meetings

9

among the various oversight teams. All the Reputation Team's meetings related to oversight of 2023 Pride Collection risks occurred in Minnesota, as did my and Bakken's work related to leading and coordinating those meetings.

29. In early April 2023—prior to its release—the Steering Committee conducted an item-by-item review of the 2023 Pride Collection. The Steering Committee identified several items that it determined could potentially cause backlash from conservative groups and directed their removal from the Collection. The Steering Committee conducted its review of Target's Pride collections, including the 2023 Pride collection, from Minnesota. It also made recommendations regarding the contents of the 2023 Pride collection from Minnesota.

30. Around the same time, Bud Light and several other companies experienced backlash from conservative groups due to their associations with LGBTQ+-themes and merchandise. Given the increase in external negative sentiments towards LGBTQ+-themed merchandise and marketing, the Reputation Team and Steering Committee elevated the 2023 Pride Collection to the LT Task Force for further review.

31. The LT Task Force, Steering Committee, and Reputation Team met multiple times prior to the release of the Collection at Target's headquarters in Minnesota and identified additional items that they determined should be removed from the Collection. The Execution Team then executed on those adjustments from Minnesota.

32. The Board and its committees also oversaw social and political risks that related to Target's ESG and DEI initiatives, like the Pride Collection, from Minnesota.

10

For example, in March 2023—prior to the release of the Collection—the Board and its committees met in person in Minnesota. During the meeting of the Risk Committee in March 2023, I updated the members of the Risk Committee about the overall enterprise risk environment, including risks related to divisive social and political issues, such as anti-"woke" sentiments from conservative stakeholders. Similarly, during the meeting of the Governance Committee in March 2023, my colleague, Amanda Nusz (Senior Vice President, Merchandising, Essentials, and Beauty; former Senior Vice President, Corporate Responsibility & Sustainability) updated the members of the Governance Committee about risks related to Target's ESG initiatives. Each of those committees then reported to the full Board. This all occurred in Minnesota.

**Target Actively Managed and Responded to Backlash from Minnesota**

33. Following the release of the Collection online on April 30, 2023 and in stores on May 7, 2023, the Reputation Team actively monitored the public's responses to the Collection and did that monitoring from Minnesota. At the outset, Target received generally favorable reviews in response to the Collection.

34. Several weeks later (in mid-May 2023), however, Target began to experience significant backlash to certain items in the Collection. Each of the reputational risk oversight teams I identified above took an active role in managing Target's response to that backlash.

35. **The Reputation Team**. The Reputation Team met daily in Minnesota to coordinate Target's response to the backlash. The Reputation Team monitored media

11

outlets and political commentary for reactions to the Collection from Minnesota. Along with Mark Krause and other members of the Corporate Security team, the Reputation Team also monitored incidents of threats, violence, and disruption across Target's stores and call centers. And the Reputation Team, along with Schindele, facilitated communications with Target employees about their sense of safety and well-being, given the backlash and various threats. Schindele retired from Target in February 2025, but during the duration of his employment at Target, Schindele worked full time out of Target's headquarters in Minnesota and lived (and continues to live) in Minnesota.

36. Bakken also generated a daily report detailing the insights of the Reputation Team from its monitoring and employee conversations from Minnesota. That daily report was distributed to the LT Task Force, Steering Committee, and Execution Team. Based on their evaluation of the rapidly changing and volatile environment, in mid- to late-May, the LT Task Force and Steering Committee decided to make adjustments to the Collection to promote customer and employee safety. This decision was made in Minnesota.

37. **The Steering Committee**. Immediately following the outbreak of backlash in mid-May 2023, the Steering Committee, led by Sando and Hennington, conducted another item-by-item review of the Collection to identify products at the center of the backlash, as well as other products that the Steering Committee believed might generate additional backlash and impact employees' sense of safety and wellbeing. During this time, the Steering Committee met frequently in person at Target's

12

headquarters in Minnesota to conduct their review. Following this review, the Steering Committee decided either to remove certain products from the Collection altogether or to remove other products from certain stores. This decision was made in Minnesota.

38. **The LT Task Force**. The LT Task Force oversaw Target's overall response to the backlash and approved decisions made by the Steering Committee on the removal of items from Minnesota. Members of the LT Task Force were responsible for overseeing various aspects of Target's response based on their respective roles and expertise. For example, as the Chief Executive Officer, Cornell was responsible for directing and approving Target's overall response strategy from Minnesota. As the Chief Operating Officer, Mulligan managed adjustments to Target's supply chain, online channels, and other operations, which he did from Minnesota. As the Chief Growth Officer, Hennington was responsible for reviewing and directing merchandising strategy, which she did from Minnesota. And as the then-Chief Communications Officer, Boylan was involved in approving communications related to the backlash, including the May 24, 2023 press release and Cornell's email to Target's employees, which she did from Minnesota. Given the disruption in stores, Schindele temporarily joined the LT Task Force to help with the response. As the Chief Stores Officer, Schindele helped decide what adjustments should be made to the Collection in stores, which he did from Minnesota.

39. **The Execution Team**. The Execution Team then executed on the decisions made by the LT Task Force and Steering Committee in Minnesota. For example,

Krause coordinated Target's security response to reported incidents of threats and violence in Target's stores, which he did from Minnesota. He also regularly provided updates at LT Task Force meetings, which he also did from Minnesota. Castañeda drafted the May 24, 2023 press release and email from Cornell, which she did from Minnesota. She also communicated with vendors whose items were removed, which she also did from Minnesota. And Bakken and I ensured that execution tasks were properly allocated and completed, which we did from Minnesota.

40. **The Board**. Following the emergence of the backlash, the Board continued to oversee social and political risks as part of the enterprise risk portfolio. The LT Task Force regularly updated the Board about Target's response to the backlash from their base in Minnesota. The Board convened a phone call in late May 2025 to discuss and approve management's response to the backlash. Members of the LT Task Force participated in that call from their base in Minnesota.

**Target's Public Filings Are Prepared in and Disseminated from Minnesota**

41. As a public company, Target issues periodic public disclosures and makes filings with the Securities and Exchange Commission ("SEC"), including annual reports, quarterly reports, and annual proxy statements.

42. During my entire time working at Target, Target's SEC filings have been prepared, reviewed, and disseminated by a cross-functional group comprised of individuals across Target's corporate teams, including Investor Relations, Communications, Legal, and the Reputation Team. During my entire time working

14

at Target, these teams have all been based out of Target's headquarters in Minnesota, and they regularly meet in person there.

43. As Vice President of Enterprise Risk and Reputation from 2021 to 2025, I was one of the individuals responsible for reviewing the risk factors in Target's annual reports related to reputational risk. I was also one of the individuals responsible for reviewing discussion of reputational risk in Target's annual proxies. I reviewed these statements from Minnesota.

44. As Chief Corporate Affairs Officer (and formerly Chief Communications Officer), Boylan is, and has been since at least 2019, responsible for reviewing all public filings, press releases, and any other public statements before their release. During this time, Boylan has reviewed these statements in Minnesota.

45. During my entire time working at Target, the Board and its committees have been responsible for approving Target's annual reports, quarterly reports, and proxies before they are issued. The meetings in which the Board and committees approve these filings often occur in person in Minnesota. For example, in March 2023, the Board and its committees met in person in Minnesota. During those meetings, the Board approved Target's 2023 proxy statement and the Risk Committee approved Target's 2022 annual report, which I understand are at issue in this litigation. The Board also approved Target's 2021 annual report and 2022 proxy statement in a virtual meeting held in March 2022, which I understand are also at issue in this litigation. That meeting, like all virtual Board and committee meetings, was facilitated and hosted by Target employees from Target's Minnesota headquarters.

15

46. Ernst & Young US LLP ("E&Y") also audits Target's public filings and financial statements. E&Y has served as Target's independent auditor since 1931. E&Y conducts the audit and issues a report out of its Minneapolis, Minnesota office and has done so since at least I began working at Target.

### The Key Members of Target's Reputational Risk Oversight Teams Work and Live in Minnesota

47. Every Target employee has an assigned work location—i.e., the Target premises where the employee's team is based. Target has a hybrid work policy that allows employees to work virtually from home occasionally, but they must live within commuting distance of their assigned work location and attend work-related meetings and other events in person.

48. Target also permits select employees to work remotely on a full-time basis, but only subject to specific conditions and approvals. All full-time remote work arrangements must be approved by an officer-level leader (i.e., Vice President or above). Employees with full-time remote work arrangements must also sign a written remote work agreement that, among other things, identifies the location from which the employee will be working. Full-time remote employees are also required to be able to travel to their assigned work location based on business needs and are called upon to do so when there is a need for in-person work.

49. Regardless of an employee's assigned work location (whether remote or in-office), any employee who temporarily plans to work from a state or province that

differs from their assigned work location must obtain approval from their team leader before doing so.

50. As noted above, since we each started at Target, Mulligan, Schindele, Hennington, Boylan, Sando, Krause, Castañeda, Bakken, and I have all been assigned to work in Target's headquarters in Minnesota. We all also lived in Minnesota during that time and, to the extent we worked virtually, we did so from our homes in Minnesota.

51. As I described above, Mulligan and Schindele retired from Target in February 2025. They continue to live in Minnesota today. Hennington is currently serving as a strategic advisor to Target until September 7, 2025, a role based in Target's headquarters in Minnesota. Hennington continues to live in Minnesota today. Boylan, Sando, Krause, Castañeda, Bakken, and I continue to be assigned to work in Target's headquarters in Minnesota today. We all also live in Minnesota and, to the extent we work virtually, we do so from our homes in Minnesota.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2025

Erin Rath Moos