IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| CITY OF RIVIERA BEACH POLICE PENSION FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>TARGET CORPORATION, *et al.*,<br><br>*Defendants*. | No. 2:25-cv-00085-JLB-KCD |

## DECLARATION OF MANDI DYAL

Pursuant to 28 U.S.C. § 1746, Mandi Dyal declares as follows:

1. I am over 21 years of age, am competent to make this declaration, and have personal knowledge of the matters set forth herein.

2. I am the Interim Chief Financial Officer for the State Board of Administration of Florida ("SBA"). I am also a Certified Public Accountant. I was primarily responsible for preparing the last-in-first-out ("LIFO") calculations attached to the Declaration of Chris Spencer submitted in support of SBA's application to serve as lead plaintiff in this action.

3.     I am informed that the State Teacher's Retirement System of Ohio ("OSTRS") has questioned SBA's LIFO calculations by comparing them to certain of SBA's filings on Form 13-F. That is an apples-to-oranges comparison for at least two reasons.

4.     First, unlike SBA's LIFO calculations, the Form 13-F filings cited by OSTRS do not include shares of Target Corporation stock in accounts managed by outside institutional investment managers on a fully discretionary basis. Some SBA funds—including SBA funds invested in Target Corporation stock--are managed through accounts managed by outside institutional investment managers in this manner. As the SBA Form 13-F filings cited by OSTRS state, they report on behalf of SBA and not on behalf of those outside institutional investment managers. As I understand it, those managers make their own Form 13-F filings when required. In contrast, SBA's LIFO calculations include purchases and sales of Target Corporation shares in accounts managed by outside institutional investment managers.

5.     Second, unlike SBA's LIFO calculations, the Form 13-F filings cited by OSTRS do not reflect purchases and sales of Target Corporation stock during the identified class periods. They reflect holdings of Target Stock, not purchases and sales. Those holdings are reported as of specific dates that do not correspond to the dates of the identified class periods but that instead correspond to the end of a calendar quarter. SBA's LIFO calculations, in contrast, contain SBA's purchases and sales of Target Corporation stock during the identified class periods.

6. The SBA LIFO calculations attached to Mr. Spencer's declaration were prepared to the best of my professional knowledge and ability and, in my judgment, are complete and accurate.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 25th day of April, 2025.

*Mandi Dyal*
Mandi Dyal