IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| In re Target Corp. Securities Class Action Litigation | No. 2:25-cv-00135-JLB-KCD |
|---|---|

**OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO SUBMIT A REPLY IN SUPPORT OF THEIR RENEWED MOTION TO TRANSFER**

Defendants seek leave to submit a reply in support of their renewed motion to transfer this case to Minnesota. ECF No. 66.

Plaintiffs previously consented when Defendants sought leave to file a reply in support of transfer in the underlying *Craig* case. *See Craig v. Target Corp.*, No. 2:23-cv-599 (M.D. Fla. Mar. 5, 2024), ECF No. 85 at 3 (noting "Plaintiffs consented to this relief").

However, Plaintiffs[1] oppose Defendants' request for another reply brief in support of transfer. These issues have already been litigated extensively, and the Court has already rejected transfer in a detailed order. *See Craig v. Target Corp.*, No. 2:23-cv-599, 2024 WL 4981026 (M.D. Fla. Dec. 4, 2024) (Badalamenti, J.). The Court should deny leave to submit yet another brief on the question of transfer.

---

[1] The State Board of Administration of Florida, Brian Craig, Steven Cook, Carole Bowe, Laura Thompson, and Inspire Advisors, LLC.

Dated: August 18, 2025                                   Respectfully submitted,

|  |  |
|---|---|
|  | /s/ R. Trent McCotter |
| JAMES UTHMEIER (FBN: 113156) | R. TRENT MCCOTTER (*pro hac vice*) |
| Attorney General |    LEAD COUNSEL |
| State of Florida | JONATHAN BERRY (*pro hac vice*) |
| Office of the Attorney General | Boyden Gray PLLC |
| The Capitol, Pl-01 | 800 Connecticut Avenue NW |
| Tallahassee, Florida 32399-1050 | Suite 900 |
| (850) 414-330 | Washington, DC 20006 |
|  | (202) 706-5488 |
|  | tmccotter@boydengray.com |
|  |  |
| JASON B. GONZALEZ (FBN: 146854) |  |
| PAUL C. HUCK, JR. (FBN: 968358) | ANDREW J. BLOCK (*pro hac vice*) |
| SAMUEL J. SALARIO, JR. (FBN: 083460) | America First Legal Foundation |
| Lawson Huck Gonzalez, PLLC | 611 Pennsylvania Avenue S.E. |
| 215 S. Monroe Street, Suite 320 | No. 231 |
| Tallahassee, FL 32301 | Washington, D.C. 20003 |
| (850) 825-4334 | (202) 964-3721 |
| jason@lawsonhuckgonzalez.com | andrew.block@aflegal.org |

*Counsel for Plaintiffs State Board of Administration of Florida, Steven Cook, Carol Bowe, Inspire Advisors, LLC, Laura Thompson, and Brian Craig*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I filed the foregoing with the Clerk of Court via the Court's CM/ECF system, which will serve all counsel.

    /s/ R. Trent McCotter

    R. Trent McCotter