THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| *In re Target Corp. Securities Class Action Litigation* | Case No. 2:25-cv-00135-JLB-KCD |
| *In re Target Corp. Shareholder Derivative Litigation* | Case No. 2:25-cv-00021-JLB-KCD |

### DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' OMNIBUS MOTION TO TRANSFER

Defendants, by and through their undersigned counsel, respectfully request oral argument on Defendants' Omnibus Motion to Transfer (Sec. Dkt. 50, Deriv. Dkt. 51) (the "Motion"), in accordance with Rule 3.01(h).  As set forth in Defendants' Reply in Further Support of the Motion, Plaintiffs' oppositions to the Motion mischaracterize the facts and law relevant to the Motion as well as the procedural posture.  Accordingly, Defendants respectfully submit that oral argument will clarify the issues relevant to the Court's consideration of transfer to the District of Minnesota and will thus serve the interest of the Court and the parties.  Defendants request that the Court permit such argument and estimate that the parties would require one hour for oral argument on the Motion.

Dated: September 9, 2025

Respectfully submitted,

Traci T. McKee
FAEGRE DRINKER BIDDLE &
REATH LLP
1500 Jackson Street, Suite 201
Fort Myers, Florida 3390
Telephone: (239) 286-6910
traci.mckee@faegredrinker.com

Jeffrey P. Justman (*pro hac vice*)
FAEGRE DRINKER BIDDLE &
REATH LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
jeff.justman@faegredrinker.com

Sandra Grannum (*pro hac vice*)
FAEGRE DRINKER BIDDLE &
REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 549-7000
sandra.grannum@faegredrinker.com

/s/ Sandra C. Goldstein
Sandra C. Goldstein, P.C. (*pro hac vice*)
  *Lead Counsel*
Alexander J. Rodney (*pro hac vice*)
Jacob M. Rae (*pro hac vice*)
Ashley P. Grolig (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4779
sandra.goldstein@kirkland.com
alexander.rodney@kirkland.com
jacob.rae@kirkland.com
ashley.grolig@kirkland.com

*Counsel for Defendants and Nominal Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ Sandra C. Goldstein
Sandra C. Goldstein, P.C. (*pro hac vice*)
  *Lead Counsel*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
United States
Telephone: (212) 446-4779
sandra.goldstein@kirkland.com