## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| In re Target Corp. Securities Class Action Litigation | No. 2:25-cv-00135-KCD-DNF |

### MOTION TO WITHDRAW JONATHAN BERRY AS COUNSEL

Jonathan Berry will be leaving his employment with Boyden Gray PLLC and hereby respectfully moves to withdraw as counsel for Plaintiffs State Board of Administration of Florida, Steven Cook, Carol Bowe, Inspire Advisors, LLC, Laura Thompson, and Brian Craig in this case and the underlying consolidated cases, *Craig v. Target Corp.*, No. 2:23-cv-00599, and *City of Riviera Beach Police Pension Fund v. Target Corp.*, No. 2:25-cv-00085. Plaintiffs will continue to be represented by R. Trent McCotter of Boyden Gray PLLC, by Andrew J. Block of America First Legal Foundation, by Jason B. Gonzalez, Paul C. Huck, Jr., and Samuel J. Salario of Lawson Huck Gonzalez, PLLC, and by James Uthmeier, the Attorney General of Florida.

October 10, 2025                                    Respectfully submitted,


JAMES UTHMEIER (FBN: 113156)          /s/ Jonathan Berry
Attorney General                                   R. TRENT MCCOTTER (*pro hac vice*)
State of Florida                                          *LEAD COUNSEL*
Office of the Attorney General             JONATHAN BERRY (*pro hac vice*)
The Capitol, Pl-01                                 Boyden Gray PLLC
Tallahassee, Florida 32399-1050          800 Connecticut Avenue NW
(850) 414-3300                                      Suite 900
                                                            Washington, DC 20006
                                                            (202) 955-0620

jberry@boydengray.com

JASON B. GONZALES (FBN 146854)
PAUL C. HUCK, JR. (FBN: 968358)
SAMUEL J. SALARIO, JR. (FBN: 083460)
Lawson Huck Gonzalez, PLLC
215 S. Monroe Street, Suite 320
Tallahassee, Florida 32301
(850) 825-4334
jason@lawsonhuckgonzales.com

ANDREW J. BLOCK (*pro hac vice*)
America First Legal Foundation
611 Pennsylvania Avenue S.E.
No. 231
Washington, DC 20003
(202) 964-3721
Andrew.block@aflegal.org

*Counsel for Plaintiffs State Board of Administration of Florida, Steven Cook, Carol Bowe, Inspire Advisors, LLC, Laura Thompson, and Brian Craig*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk

of this Court using the CM/ECF system, which will serve all parties automatically.

October 10, 2024                    /s/ Jonathan Berry
                                    Jonathan Berry

## LOCAL RULE 2.02(c)(1)(B) CERTIFICATION

I certify that Plaintiffs consent to this withdrawal.

October 10, 2024                    /s/ Jonathan Berry
                                    Jonathan Berry

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that, on October 10, 2024, I conferred with Defendants' counsel to

discuss this motion. Defendants stated on October 10 that they consent to this relief.

October 10, 2024                    /s/ Jonathan Berry
                                    Jonathan Berry